[No. 3932.]

LOCHBRUNNER v. SHERMAN ET AL.

APPELLATE PRACTICE—MOTION TO DISMISS—JURISDICTION.

A motion to dismiss an appeal or writ of error, on the ground that the supreme court has no jurisdiction, and brief supporting the motion, must make it affirmatively appear that none of the questions upon which the jurisdiction depends are involved in the cause sought to be dismissed. The court will not assume that because it has not jurisdiction for one reason, it has not for any or all others, nor will it examine the record to determine, when the motion fails to negative all the grounds.

*Appeal from the District Court of Weld County.*

*On Motion to Dismiss Appeal.*

Messrs. PATTON and ESTEB, for appellant.

Mr. GEORGE E. McCANLEY, for appellees.

PER CURIAM. Appellees move to dismiss this appeal, upon the ground that the court is without jurisdiction to entertain it, the only reason assigned in support of the motion being, that the judgment appealed from is less than $2,500, exclusive of costs. So far as the amount of the judgment is concerned, the motion appears to be well taken, but the pecuniary test is not the sole criterion by which the appellate jurisdiction of this court is determined. Mills' Code, sec. 406a. We cannot assume that because it may not have jurisdiction for one reason, it has not for any or all others; nor will we examine the record for the purpose of ascertaining, when all the grounds relating to jurisdiction are not raised, which, under the provisions of the code, *supra*, determine the jurisdiction of this court; and, therefore, the party moving to dismiss an appeal, or writ of error, for want of jurisdiction, must make it appear affirmatively, by motion for

that purpose, and brief supporting it, that none of the questions upon which the jurisdiction of this court depends, are involved in the cause sought to be dismissed.

*Motion denied without prejudice.*